UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON, ) | CIV F 03 6070 REC LJO P |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| ) | |
| v. ) | (DOCUMENT #68) |
| ) | |
| R. D. VANDT, et al., ) | |
| ) | |
| Defendants. ) | |

On April 21, 2005, plaintiff filed a motion to extend time to file a response in opposition to defendant Decker's motion to dismiss. Defendant Decker filed a statement of non-opposition to the request on the same date. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **sixty (60) days** from the date of service of this order in which to file his response to defendant Decker's motion to dismiss.

IT IS SO ORDERED.

**Dated:   May 4, 2005**             /s/ Lawrence J. O'Neill
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE