UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>             Plaintiff,<br><br>vs.<br><br>LT. R.D. VANDT, et al.,<br><br>             Defendants.<br>_____/ | 1:03-cv-06070-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 76)<br><br>**ORDER DENYING DEFENDANT DECKER'S MOTION TO DISMISS** (Doc. 65)<br><br>**ORDER REQUIRING DEFENDANT DECKER TO FILE RESPONSE TO COMPLAINT** |

   Plaintiff Wayne Jerome Robertson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On August 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

1

days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2005, is ADOPTED IN FULL;

2. Defendant Decker's motion to dismiss on the ground that plaintiff's claim against him is barred by the statute of limitation, filed April 4, 2005, is DENIED; and,

3. Defendant Decker shall file a response to plaintiff's complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:  October 11, 2005**              **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE