# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>        Plaintiff,<br><br>   v.<br><br>LT. R. D. VANDT, et al.,<br><br>        Defendants. | CASE NO. 1:03-CV-6070-REC-LJO-P<br><br>ORDER GRANTING DEFENDANTS VANZANDT, LOMONACO, AND MCDANIEL'S MOTIONS FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT<br><br>(Docs. 94, 95, and 96) |

      Defendants Vanzandt, Lomonaco, and McDaniel have requested a forty-five day extension of time within which to file a response to plaintiff's complaint. Good cause having been shown, it is HEREBY ORDERED that:

1. Defendants Vanzandt, Lomonaco, and McDaniel's motions for an extension of time to file a response to the complaint are GRANTED; and

2. Defendants Vanzandt, Lomonaco, and McDaniel's response is due within **forty-five (45) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 17, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                          UNITED STATES MAGISTRATE JUDGE

1