1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON, | CASE NO. 1:03-CV-6070-OWW-LJO-P |
| Plaintiff, | ORDER REQUIRING DEFENDANT ARVIZU TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM |
| v. | |
| LT. R. D. VANDT, et al., | (Doc. 99) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SERVE THIS ORDER ON DEFENDANT J. ARVIZU, IN THE CARE OF THE LITIGATION OFFICE AT CSP-CORCORAN |
| _____/ | |

Defendant J. Arvizu was served with process on May 4, 2006. (Doc. 99.) Defendant Arvizu's response to plaintiff's complaint was due on or before May 30, 2006. Fed. R. Civ. P. 12(a); 6(e).

Defendant Arvizu has **twenty (20) days** from the date of service of this order within which to show cause why default should not be entered against him. <u>If defendant Arvizu fails to respond to this order within twenty days, the court shall direct the Clerk's Office to enter default.</u> The Clerk's Office shall serve this order on defendant J. Arvizu, in the care of the Litigation Office at CSP-Corcoran.

IT IS SO ORDERED.

**Dated:    June 5, 2006**                              /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE

1