# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON, | CASE NO. 1:03-CV-6070-OWW-LJO-P |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 102) |
| v. | |
| LT. R. D. VANDT, et al., | ORDER GRANTING DEFENDANTS ARVIZU, VANZANDT, LOMONACO, AND MCDANIEL'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT; RESPONSE DUE JUNE 30, 2006 (Doc. 103) |
| Defendants. | |

Defendant Arvizu was served with process on May 4, 2006, and his response to plaintiff's complaint was due on or before May 30, 2006. Fed. R. Civ. P. 12(a); 6(e). (Doc. 99.) On June 5, 2006, the court ordered defendant Arvizu to show cause why default should not be entered against him within twenty days. On June 22, 2006, defendant Arvizu filed a response to the order to show cause and, together with defendants Vanzandt, Lomonaco, and McDaniel, requested an extension of time to June 30, 2006, within which to file a response to plaintiff's complaint. The court has considered defendants' request and HEREBY ORDERS that:

1. The order to show cause, filed June 5, 2006, is DISCHARGED;

2. Defendants Arvizu, Vanzandt, Lomonaco, and McDaniel's motion for an extension of time to file a response to the complaint is GRANTED; and

///

///

1

3. Defendants Arvizu, Vanzandt, Lomonaco, and McDaniel's response is due on or before June 30, 2006.

IT IS SO ORDERED.

**Dated:**   **June 23, 2006**                              /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE