# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LT. R. D. VANDT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-06070-OWW-LJO-P<br><br>ORDER ADDRESSING STATUS OF THIS ACTION, AND REQUIRING THE PARTIES TO NOTIFY THE COURT WITHIN THIRTY DAYS WHETHER THE WOULD LIKE A SETTLEMENT CONFERENCE SET IN THIS MATTER |

　　　　Plaintiff Wayne Jerome Robertson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against defendants Decker, Farris, Walters, Vaughn, Gabaldon, Arvizu, Vanzandt, Lomonaco, and McDaniel on plaintiff's complaint filed August 8, 2003, for allegedly violating the Eighth Amendment by acting with deliberate indifference to plaintiff's safety.[1]

　　　　Pursuant to the discovery and scheduling order filed on November 10, 2005, the deadline for defendant Decker to file a pretrial dispositive motion was September 14, 2006.  Pursuant to the court's order, any request for an extension of a deadline must be filed on or before the expiration of the deadline.  Defendant Decker neither filed a dispositive motion nor filed a motion seeking an extension of the deadline.  Likewise, defendants Farris, Walters, Vaughn, and Gabaldon did not file a pretrial dispositive motion by their deadline of December 7, 2005, and did not file a motion for an extension of time.  There is third scheduling order in place for defendants Arvizu, Vanzandt,

---

[1] The other two defendants named in this action, Smith and Gonzales, were dismissed on January 27, 2005.

1 Lomonaco, and McDaniel, and the deadline for them to file a pretrial dispositive motion is March
2 8, 2007.  It is unclear whether defendants Arvizu, Vanzandt, Lomonaco, and McDaniel plan to file
3 a pretrial dispositive motion.  Unless defendants Arvizu, Vanzandt, Lomonaco, and McDaniel notify
4 the court that they do not intend to do so and are ready for this matter to be set for jury trial, trial will
5 not be set until the expiration of their motion deadline on March 8, 2007, and resolution of their
6 motion, if one is filed.

7 In the event that the parties believe a settlement conference might be beneficial in resolving
8 this case, the parties shall notify the court within thirty days whether they would like the court to set
9 a settlement conference in this matter.  The court will set a settlement conference before a Magistrate
10 Judge only if plaintiff <u>and</u> one or more of the defendants desire one.

11 Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff and
12 defendants Decker, Farris, Walters, Vaughn, Gabaldon, Arvizu, Vanzandt, Lomonaco, and McDaniel
13 shall notify the court whether they would like a settlement conference set in this matter.

15 IT IS SO ORDERED.

16 **Dated:   September 22, 2006**                    /s/ Lawrence J. O'Neill
   b9ed48                                             UNITED STATES MAGISTRATE JUDGE