# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE JEROME ROBERTSON,<br><br>        Plaintiff,<br><br>   v.<br><br>LT. R. D. VANDT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-cv-06070-OWW-LJO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE TO RE-FILING WITHIN THIRTY DAYS<br><br>(Doc. 116)<br><br>ORDER GRANTING DEFENDANTS' MOTIONS FOR TWENTY-ONE DAY EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, AND GRANTING PLAINTIFF THIRTY DAYS THEREAFTER TO FILE A MOTION TO COMPEL IF NECESSARY<br><br>(Docs. 114 and 117)<br><br>ORDER LIFTING REQUIREMENT THAT PARTIES MEET AND CONFER PRIOR TO SEEKING COURT INTERVENTION IN DISCOVERY DISPUTES |

    On January 5, 2007, plaintiff filed a motion to compel a response to his discovery request, served on November 8, 2006. (Doc. 116.) Defendant Decker filed an opposition on January 18, 2007. (Doc. 118.)

    A motion to compel must be accompanied by a copy of the discovery request at issue, and, if a response was served but is in dispute, a copy of the response. The court cannot discern which defendant the discovery request was served on or what the discovery request was. Without this information, the court cannot address plaintiff's motion to compel on the merits. Therefore,

1  plaintiff's motion shall be denied on the ground that it is procedurally deficient.  Plaintiff has thirty
2  days from the date of service of this order within which to re-file a more specific motion to compel
3  accompanied by a copy of his discovery request and the response to the request, if any.  Given that
4  the motion deadline is approaching, the requirement that plaintiff confer with defendants' counsel
5  in an effort to resolve the dispute prior to seeking the court's intervention is lifted.

6        On December 26, 2006, defendants Farris, Walters, Vaughn, Gabaldon, Arvizu, Vanzandt,
7  Lomonaco, and McDaniel filed a motion seeking an extension of time to serve a response to
8  plaintiff's request for the production of documents.  On January 16, 2007, defendants filed a second
9  motion seeking an extension of time.  Defendants' motions shall be granted and defendants shall
10 have twenty-one days from the date of service of this order within which to serve their response.
11 Plaintiff shall have thirty days from the date of service of the response to file a motion to compel,
12 if one is necessary.  The requirement that plaintiff confer with defendants' counsel in an effort to
13 resolve the dispute prior to seeking the court's intervention is lifted.

14       Accordingly, based on the foregoing, it is HEREBY ORDERED that:

15     1.    Plaintiff's motion to compel, filed January 5, 2007, is DENIED as procedurally
16         deficient, without prejudice to re-filing within **thirty (30) days** from the date of
17         service of this order;

18     2.    Defendants' motions seeking a twenty-one day extension of time to serve a response
19         to plaintiff's request for the production of documents, filed December 26, 2006, and
20         January 16, 2007, are GRANTED and defendants have **twenty-one (21) days** from
21         the date of service of this order within which to serve a response;

22     3.    Plaintiff has **thirty (30) days** from the date of service of defendants' response to his
23         request for the production of documents within which to file a motion to compel, if
24         he deems one necessary; and

25 ///
26 ///
27 ///
28 ///

4. The requirement that plaintiff confer with defendants' counsel in an effort to resolve discovery disputes prior to seeking the court's intervention is lifted.

IT IS SO ORDERED.

**Dated:**   February 1, 2007                   /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE